KATHLEEN E. FINNERTY (SBN 157638)
FINNERTY LAW OFFICE, INC.
1520 Eureka Road, Suite 101
Roseville, CA  59661
Telephone:  916.781.3466
KFinn@KFinnertyLaw.Com

Attorney for Defendants
BAUER'S INTELLIGENT TRANSPORTATION, INC.
AND THE CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN MALAVE and JULIO OCHOA, individuals,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES and BAUER'S INTELLIGENT TRANSPORTATION, INC., a California Corporation,<br><br>                    Defendants. | Case No.  2:13-CV-04057-GAF- (PJWx)<br><br>**ORDER TO CONTINUE TRIAL DATE AND RELATED DATES**<br><br>Compliant filed:  June 26, 2013 |

**IT IS HEREBY ORDERED**, pursuant to the Joint Stipulation to Continue Trial Date and Related Dates, that the Trial Date and related dates are continued as indicated below:

| Event | Current Date | Requested Date |
|---|---|---|
| TRIAL | 2/23/15 | 4/21/15 at 8:30 a.m. |
| PRETRIAL CONFERENCE; MOTIONS IN LIMINE TO BE FILED; PROPOSED VOIR DIRE QUESTIONS LODGED AND AGREED-TO STATEMENT OF CASE | 1/26/15 | 3/23/15 at 3:30 p.m. |
| LODGE PRETRIAL CONF. ORDER; FILE MEMO OF CONTENTIONS OF FACT AND LAW; EXHIBIT & WITNESS LISTS; FILE STATUS REPORT RE SETTLEMENT; FILE AGREED UPON SET OF JURY INSTRUCTIONS AND VERDICT FORMS; FILE JOINT STATEMENT RE DISPUTED INSTRUCTIONS, VERDICTS, ETC. | 1/12/15 | 3/9/15 |

| | | |
|---|---|---|
| Last date to conduct Settlement Conference | 12/5/14 | 1/30/15 |
| Last Day for Hearing on Motions | 12/22/14 | 2/2/15 |
| Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.] | 12/04/14 | 1/29/15 |
| last day for expert rebuttal disclosure | | 3/2/15 |
| Last day to Amend Pleadings or Add Parties | 8/28/14 | 11/28/14 |

**IT IS SO ORDERED.**

Dated:     November 3, 2014

_____
Hon. Gary A. Fees
U. S. District Court Judge

ORDER TO CONTINUE TRIAL DATE AND RELATED DATES          Case No.: 2:13-CV-04057-GAF-(PJWx)