JS-6

FILED
CLERK, U.S. DISTRICT COURT

October 8, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN MALAVE and JULIO OCHOA, individuals, | Case No. CV13-4057 SJO (PJWx) |
| Plaintiffs, | |
| vs. | x[PROPOSED]x JUDGMENT |
| CITY OF LOS ANGELES and BAUER INTELLIGENT TRANSPORTATION, INC. a California Corporation,, | |
| Defendants. | |
| CITY OF LOS ANGELES, a municipal corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| AECOM SERVICES, INC. TUTOR PERINI CORPORATION; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; and JAROTH, INC., | |
| Third-Party Defendants. | |

      The Court, having on April 1, 2015, entered an order granting third-party defendant Tutor Perini Corporation's motion to dismiss the third-party cross-complaint of defendant and third-party plaintiff City of Los Angeles ("City") without leave to amend; having on July 6, 2015, granted the motion to dismiss third-party cross-complaint by third-party defendant AECOM Services, Inc. ("AECOM") without leave to amend, pursuant to the stipulation between the City and AECOM; having on July 27, 2015, dismissed the underlying action of Alvin Malave and Julio Ochoa ("Plaintiffs") with prejudice, retaining jurisdiction over the action for the limited purpose of enforcing the terms of the previously-entered consent decree for injunctive relief between Plaintiffs and Bauer Intelligent Transportation, Inc. and Plaintiffs' settlement agreement with defendant City and otherwise retaining jurisdiction of the City's third-party complaint; having on July 28, 2015, dismissed the City's third-party complaint against third-party defendant Jaroth, Inc. ("Jaroth") with prejudice, pursuant to the stipulation of the City and Jaroth; and having on September 16, 2015, entered an order and amended minute order sua sponte dismissing the City's third-party complaint for lack of subject matter jurisdiction as to remaining claims, it is hereby ordered, adjudged and decreed as follows: The court has now resolved all claims as to all parties, and there being no remaining claims before the court, the court hereby enters final judgment pursuant to Rule 54, Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 8, 2015

                                      Hon. S. James Otero
                                      United States District Judge

1 | Submitted By:
2 |
3 | Michael N. Feuer, City Attorney
  | Raymond S. Ilgunas, General Counsel
4 | Kerrin Tso, Deputy City Attorney
5 | OFFICE OF THE LOS ANGELES CITY ATTORNEY
6 |
7 | By: ____*Kerrin Tso*____
  |      Kerrin Tso
8 |      Attorneys for Defendant and
  |      Third-Party Plaintiff
9 |      CITY OF LOS ANGELES