JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN MALAVE and JULIO OCHOA, individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF LOS ANGELES and BAUER INTELLIGENT TRANSPORTATION, INC. a California Corporation,<br><br>        Defendants.<br><br>CITY OF LOS ANGELES, a municipal corporation,<br><br>        Third-Party Plaintiff,<br><br>        v.<br><br>AECOM SERVICES, INC.; TUTOR PERINI CORPORATION; BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; and JAROTH, INC.,<br><br>        Third-Party Defendants. | Case No. 2:13-cv-04057 SJO (PJWx)<br><br>Honorable S. James Otero<br><br>**JUDGMENT** |

      This Action came on regularly for jury trial on May 8, 2018, in Courtroom 10C of the above-entitled Court, the Honorable District Court Judge S. James Otero

presiding. Third-Party Complainant the City of Los Angeles (the "City") appeared through attorneys Kevin Gilbert of Orbach Huff Suarez & Henderson LLP and Kerrin Tso of the Office of the Los Angeles City Attorney. Third-Party Defendant Tutor Perini Corporation ("TPC") appeared through attorneys Robert Nida and Erik G. Ross of Nida & Romyn, P.C.

On May 10, 2018, the jury returned an unanimous verdict in favor of TPC. (Docket Nos. 217 – 220).

**NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED:**

1. That Third-Party Defendant Tutor Perini Corporation have judgment against Third-Party Plaintiff City of Los Angeles.

2. That Third-Party Plaintiff City of Los Angeles take nothing on all claims alleged against Third-Party Defendant Tutor Perini Corporation.

3. That Third-Party Defendant Tutor Perini Corporation is the prevailing party.

4. That as the prevailing party, Third-Party Defendant Tutor Perini Corporation, may apply to the Clerk to recover its costs in accordance with Fed. R. Civ. P. 54(d)(1), 28 U.S.C. § 1920, and L.R. 54-1 – 54.

DATED: May 21, 2018

_____
HONORABLE S. JAMES OTERO
United States District Judge